SOLOMON SIBLEY, AD-MINISTRATOR OF JAMES HENRY, DE-CEASED, *versus* JEAN BAPTISTE LAS-SELLE, ADMINISTRATOR OF JEAN BAPTISTE LASSELLE, DECEASED.

JOURNAL ENTRIES (1825): *Journal 4:* (1) Dismissed *p. 6.
PAPERS IN FILE: (1) Precipe for habeas corpus.
*1822–23 Calendar,* MS p. 146.

 HEMAN BROWN, JR. *versus* BENJAMIN DAVIS. 

JOURNAL ENTRIES (1825): *Journal 4:* (1) Stricken from docket *p. 7.
PAPERS IN FILE: [None]
*1822–23 Calendar,* MS p. 77.

 JOSEPH CAMPAU, AD-MINISTRATOR, ETC., OF DENIS CAM-PAU, DECEASED, *versus* DAVID C. McKINSTRY, JACOB SMITH, AND JOHNSY McCARTHY. 

JOURNAL ENTRIES (1825–36): *Journal 4:* (1) Death suggested, continued *p. 7; (2) continued *p. 94; (3) continued *p. 140; (4) motion for leave to amend *p. 223; (5) leave given to file plea *p. 225; (6) rule to file rejoinder and joinder *p. 331; (7) demurrer to pleas argued *p. 411; (8) argument closed, case submitted *p. 412; (9) leave given to withdraw demurrer and to amend *p. 436; (10) motion for default judgment *p. 438; (11) motion for default judgment argued, submitted *p. 449; (12) leave given to amend, rule to plead *p. 467; (13) motion for nonsuit *p. 474; (14) motion for leave to file replications *p. 476; (15) motion for nonsuit overruled, time given for further pleadings *p. 500; (16) demurrers argued, submitted *p. 510; (17) demurrers sustained *p. 528; (18) demurrer to second plea withdrawn *p. 542. *Journal 5:* (19) Motion for default judgment *p. 1; (20) rule for judgment, jury to assess damages *p. 11; (21) venire facias ordered issued *p. 27; (22) order for venire facias rescinded *p. 28; (23) continued *p. 30; (24) venire facias ordered issued *p. 48; (25) witnesses ordered attached *p. 63; (26) challenge to array sustained *p. 64; (27) jury impaneled, nonsuit *p. 66; (28) motion to set aside nonsuit *p. 67; (29) nonsuit set aside *p. 145.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) notice for copy of bond; (5) plea of nil debet; (6) precipe for subpoena duces tecum; (7–8) subpoenas; (9) affidavit re employment of counsel; (10) pleas of nil debet, etc.; (11) stipulation of time for pleading; (12) stipulation extending time for pleading; (13) demurrer to third, fourth, fifth, and seventh pleas; (14) replication to sixth plea; (15) joinder in demurrer; (16) motion to set aside default; (17) declaration; (18) plea in abatement; (19) demurrer to plea in abatement; (20–21) motions for default judgment for want of a plea; (22) reasons for motion for default judgment; (23) motion for nonsuit; (24) pleas of non est factum, nil debet, etc.; (25) motion for rule to reply; (26) motion for nonsuit for want of replication; (27) excuse for not filing replication; (28) demurrers to pleas 2, 3, 4, and 5, joinder; (29) replications to pleas 6, 7, and 8; (30) rejoinders to replications; (31) surrejoinder; (32) motion for default judgment for want of a plea; (33) venire for petit jury, return; (34) subpoena; (35) deposition of Louis Campau; (36) motion for nonsuit.
*1822–23 Calendar,* MS p. 131.